IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
VIOLA H. BANKS,                  )
                                 )
    Plaintiff,                   )
                                 )     CIVIL ACTION NO.
    v.                           )      2:11cv462-MHT
                                 )           (WO)
JACKSON HOSPITAL & CLINIC,       )
INC.,                            )
                                 )
    Defendant.                   )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant Jackson Hospital & Clinic, Inc.'s motion for summary judgment (doc. no. 25) is granted.

(2) Judgment is entered in favor of defendant Jackson Hospital & Clinic, Inc. on all of plaintiff Viola H. Banks's claims, with plaintiff Banks taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Banks, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of June, 2012.

                     /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE